IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DATA CARRIERS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 12-333 (LPS) |
| | ) |
| GARMIN USA, INC., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION AND ORDER

The Plaintiff Data Carriers, LLC ("Plaintiff") and Defendant Garmin USA, Inc. ("Defendant") pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all Plaintiff's claims in this action WITH PREJUDICE and all Defendant's claims in this action WITHOUT PREJUDICE, subject to the terms of that certain agreement entitled **"SETTLEMENT AND LICENSE AGREEMENT"** and dated February 27, 2013, with each party to bear its own costs, expenses and attorneys' fees.

| | |
|---|---|
| BAYARD, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Stephen B. Brauerman* | */s/ Michael J. Flynn* |
| Richard D. Kirk (#922) | Jack B. Blumenfeld (#1014) |
| Stephen B. Brauerman (#4952) | Rodger D. Smith II (#3778) |
| Vanessa R. Tiradentes (#5398) | Michael J. Flynn (#5333) |
| 222 Delaware Avenue, Suite 900 | 1201 North Market Street |
| Wilmington, DE 19801 | P.O. Box 1347 |
| (302) 655-5000 | Wilmington, DE 19899 |
| rkirk@bayardlaw.com | (302) 658-9200 |
| sbrauerman@bayardlaw.com | jblumenfeld@mnat.com |
| vtiradentes@bayardlaw.com | rsmith@mnat.com |
| | mflynn@mnat.com |
| *Attorneys for Plaintiff* | |
| | *Attorneys for Defendant* |

April 8, 2013

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DATA CARRIERS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 12-333 (LPS) |
| | ) |
| GARMIN USA, INC., | ) |
| | ) |
| Defendant. | ) |

**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims by Plaintiff Data Carriers, LLC ("Plaintiff") and Dismissal Without Prejudice of all counterclaims by Defendant Garmin USA, Inc. ("Defendant") in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit by Plaintiff Data Carriers, LLC against Defendant Garmin USA, Inc. are hereby DISMISSED WITH PREJUDICE, and all counterclaims by Defendant against Plaintiff are hereby DISMISSED WITHOUT PREJUDICE, subject to the terms of that certain agreement entitled "SETTLEMENT AND LICENSE AGREEMENT" and dated February 27, 2013.

It is further ORDERED that all attorneys' fees, costs, and expenses are to be borne by the party that incurred them.

UNITED STATES DISTRICT JUDGE

Dated: _____ 2013